USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVED IQBAL,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**REPORT AND RECOMMENDATION**

**09 Civ. 10133 (DAB) (RLE)**

**To the HONORABLE DEBORAH A. BATTS, U.S.D.J.::**

A District Court may dismiss a case for failure to serve a defendant within 120 days. Fed. R. Civ. P. Rule 4(m); *see Zapata v. City of New York*, 502 F.3d 192, 197 (2d Cir. 2007). Plaintiff Iqbal filed a Complaint in this action on December 11, 2009. To date, Iqbal has failed to serve Defendant. On May 12, 2010, the Court ordered Iqbal to serve Defendant or show good cause by June 1, 2010, why the case should not be dismissed for failure to prosecute. In the order, the Court noted that a failure to respond might result in the dismissal of his case. To date, more than 193 days have elapsed since the Complaint was filed, and Iqbal has failed to serve Defendant. Therefore, the Court recommends that Iqbal's case be **DISMISSED** without prejudice for failure to serve Defendant.

Pursuant to Rule 72, Federal Rules of Civil Procedure, the parties shall have fourteen (14) days after being served with a copy of the recommended disposition to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court and served on all adversaries, with extra copies delivered to the chambers of the Honorable Deborah A. Batts, 500 Pearl Street, Room 2510, and to the chambers of the undersigned, Room 1970. Failure to file timely objections shall constitute a waiver of those

*See Thomas v. Arn*, 474 U.S. 140, 150 (1985); *Small v. Sec'y of Health and Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (*per curiam*); 28 U.S.C. § 636(b)(1) (West Supp. 1995); Fed. R. Civ. P. 72, 6(a), 6(d).

**DATED: June 22, 2010**
**New York, New York**

                                      **Respectfully Submitted,**

                                      **The Honorable Ronald L. Ellis**
                                      **United States Magistrate Judge**

Copies of this Report and Recommendation were sent to:

<u>Attorney for Plaintiff</u>
Louis Ronald Burko
Severance, Burko & Spalter, P.C.,
16 Court Street,
Suite 2800
Brooklyn, NY 11241