```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JAVED IQBAL,

                      Plaintiff,           09 Civ. 10133 (DAB)(RLE)
                                            ADOPTION OF REPORT
              -against-                     AND RECOMMENDATION

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge Ronald L. Ellis, which was filed June 22, 2010. The Report recommends that Plaintiff's Complaint be dismissed for failure to prosecute.

According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b)(2) (stating that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised accordingly in Judge Ellis' Report and Recommendation, to date, no objections to the Report have been filed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-29-10

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 4, of United States Magistrate Judge Ronald L. Ellis, dated June 22, 2010, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Plaintiff's Complaint is dismissed for failure to prosecute.

3. The Clerk of Court is directed to CLOSE the Docket in this case.

SO ORDERED.

DATED:   New York, New York

         July 28, 2010

                                         _____
                                         Deborah A. Batts
                                         United States District